IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL CONFORTI** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-5293** |
| : | |
| **JOHN E. WETZEL,** *SECRETARY,* : | |
| *PA DEPARTMENT OF CORRECTIONS,* : | |
| *INDIVIDUALLY AND IN HIS* : | |
| *OFFICIAL CAPACITY* **ET AL.** : | |

# ORDER

This 24th day of October, 2023, following a conference with counsel, it is hereby

**ORDERED** as follows:

1) Fact discovery may continue for 180 days following entry of this order.

2) To the extent possible, counsel for Plaintiff shall craft discovery requests that will address common issues of fact in the consolidated cases.

3) Discovery addressed to common issues of fact in this action shall be made available to Plaintiffs in the consolidated cases through a method to be agreed to by counsel in consultation with the Court.

4) Plaintiffs in the consolidated actions shall be barred from repeating common issues of fact discovery conducted in this case absent a demonstrated need. But both Plaintiffs and Defendants in the consolidated cases, at a time to be determined by the Court, will be permitted to conduct discovery focused on the individual facts of those cases.

5) Upon completion of factual discovery, the Court will conduct a further case management conference.

/s/ Gerald Austin McHugh
United States District Judge